UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER CROOKER
131 Ten Rod Road
North Kingstown, RI 02852

05    10301 RCL

          Plaintiff,                    )
                                        )   CIVIL ACTION NO.
                                        )
     v.                                 )
                                        )
NATIONAL RAILROAD PASSENGER             )
CORPORATION, a/k/a AMTRAK,              )   MAGISTRATE JUDGE _New Mag_
30th & Market Streets                   )
30th Street Station                     )   JURY TRIAL DEMANDED
Philadelphia, PA,                       )
                                        )
          Defendant.                    )   RECEIPT # _62143_
                                        )   AMOUNT $ _250_
                                            SUMMONS ISSUED _yes_
                                            LOCAL RULE 4.1_____
                                            WAIVER FORM_____
**COMPLAINT**                               MCF ISSUED_____
                                            BY DPTY. CLK _f-cin_
                                            DATE___2/15/05_____

COMES NOW, Plaintiff Peter Crooker, by and through the undersigned counsel,
MyersLafferty Law Offices, P.C., and Law Offices of Mario Bozza, Esq., and claims of the
defendant, National Railroad Passenger Corporation, an amount in excess of the statutory
arbitration limits, and avers the following:

1.       Plaintiff Peter Crooker is an adult individual residing at 131 Ten Rod Road,
North Kingstown, RI 02852.

2.       Defendant National Railroad Passenger Corporation ("Amtrak"), is and was
at all times material hereto a corporation duly organized and existing under and by virtue of
law and was engaged in owning and operating a line and system of railroads and railroad
properties as a common carrier of goods and passengers for hire in interstate commerce and
transportation in, through and between various and several states of the United States and

doing business in the City of Boston, MA, with a principal place of business in Philadelphia, Pennsylvania.

3.    At all times material hereto, Mr. Crooker was in the employ of the defendant Amtrak as a locomotive engineer in furtherance of the carrier's business of interstate commerce and transportation by railroad.

## COUNT I
### Federal Employers' Liability Act and Federal Boiler Inspection Act
### (Peter Crooker v. Amtrak)

4.    Plaintiff hereby restates and reavers as though fully set forth herein the averments contained in Paragraphs 1-3 hereinabove.

5.    This action is brought pursuant to the Federal Employers' Liability Act, 45 U.S.C.A. §§ 51, *et seq.* (the "FELA") and the Locomotive Boiler Inspection Act, 45 U.S.C.A. §§ 23, *et seq.*, re-codified at 49 U.S.C.A. §§ 20702, *et seq.* (the "BIA").

6.    Under the FELA, Amtrak owes to its employees the obligation to exercise reasonable care to provide a safe place to work, and this duty includes the duty to provide safe equipment.

7.    Under the BIA, Amtrak owes to its employees the duty to use only such locomotives as are in proper condition and safe to operate without unnecessary danger of personal injury.  Amtrak is strictly liable for injuries to its employees arising from a breach of the railroad's duties under the BIA.

8.    On or about January 29, 2003, at or about 9:00 p.m., while in the course and scope of his employment, Mr. Crooker was exiting locomotive engine 837 at South Station, Boston, Massachusetts.

2

9.     As a result of Amtrak's negligence, and otherwise, the locomotive engine was unsafe and posed an unnecessary danger of personal injury in that:

      (a)     The locomotive door failed to open all the way;

      (b)     There was no padding on the top of the doorway; and

      (c)     There were no warning markings on the top of the doorway.

10.     While exiting the locomotive doorway, Mr. Crooker was caused to strike his head on the doorway, causing him to suffer neck and back injuries including C7-T1 disc herniation, C3-4 disc bulge, and C6-7 radiculopathy, manifesting in neck pain, spasm and decreased range of motion, together with right upper extremity parasthesias.

11.     As a further result of the Amtrak's violation of its duties it owned to the plaintiff under the FELA and BIA, Mr. Crooker was required to undergo over forty (40) physical therapy sessions between April 7, 2003 and September 8, 2003 at Physical Therapy Services of Rhode Island.

12.     As a further result of the Amtrak's violation of its duties it owned to the plaintiff under the FELA and BIA, Mr. Crooker has been required to take numerous medications, including Medrol Dosepak, Prilosec, Flexeril, Tylenol, and Motrin.

13.     As a further result of the Amtrak's violation of its duties it owned to the plaintiff under the FELA and BIA, Mr. Crooker was required to treat at the Greenwich Medical Center in East Greenwich, Rhode Island.

14.     As a further result of the Amtrak's violation of its duties it owned to the plaintiff under the FELA and BIA, Mr. Crooker was required to treat with Randall L.

3

Updegrove, M.D., at University Orthopedics, Inc. in East Greenwich, Rhode Island, on March 3, 8 & 24; April 14, 17, 28, May 29; June 16; July 7 & 28, September 2; October 8; December 11, 2003; January 22; February 23; March 8; April 12; May 21, , 2004, October 13, 2004, November 19, 2004 and January 6, 2005.

15.    As a further result of the Amtrak's violation of its duties it owned to the plaintiff under the FELA and BIA, Mr. Crooker has had to undergo three epidural injections on August 8, August 22 and September 5, 2003, at South County Hospital in Wakefield, Rhode Island.

16.    As a further result of the Amtrak's violation of its duties it owned to the plaintiff under the FELA and BIA, Mr. Crooker has had to undergo the use of a Hometrac Supine Cervical Traction home device, prescribed by Dr. Updegrove.

17.    As a further result of the Amtrak's violation of its duties it owned to the plaintiff under the FELA and BIA, Mr. Crooker has in the past and will incur in the future substantial medical expenses.

18.    As a further result of the Amtrak's violation of its duties it owned to the plaintiff under the FELA and BIA, Mr. Crooker has endured and will continue to endure serious physical and emotional pain, stress, suffering, immobility and inconvenience.

19.    As a further result of the Amtrak's violation of its duties it owned to the plaintiff under the FELA and BIA, Mr. Crooker has lost wages and benefits from the date

4

of the injury through the present, will continue to loose wages in the future and in the past, and may have sustained a diminished earning capacity.

**WHEREFORE,** plaintiff Peter Crooker, demands judgment in his favor and against defendant National Railroad Passenger Corporation in an amount in excess of $75,000.00 together with costs, interest and any further and additional relief that this Honorable Court deems appropriate.

A jury trial is demanded.

Dated:  2-14-05

**LAW OFFICES OF MARIO BOZZA**

Mario Bozza, Esquire
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100

Of Counsel:

MYERS LAFFERTY LAW OFFICES, P.C.
William L. Myers, Jr. Esquire
Suite 1310
1515 Market Street
Philadelphia, PA 19102

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _____

   Peter Crooker v. National Railroad Passenger Corporation

   FILED
   IN CLERK'S OFFICE

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   2005 FEB 15 A 11: 15

   05 10301 RCL

   U.S. DISTRICT COURT
   DISTRICT OF MASS.

   [ ] I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   [ ] II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

   [X] III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   [ ] IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   [ ] V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]     NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES [ ]     NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]     NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]     NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES [X]     NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division [X]     Central Division [ ]     Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division [ ]     Central Division [ ]     Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES [ ]     NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME   Mario Bazza

ADDRESS   63 Commercial Wharf    Boston Ma 02110

TELEPHONE NO.   617-361-3100

(Coversheetlocal.wpd - 10/17/02)

# CIVIL COVER SHEET

%JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)   PLAINTIFFS
Peter Crooker

**DEFENDANTS**
National Railroad Passenger Corporation, a/k/a Amtrak

FILED
CLERK'S OFFICE

**(b)**   County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

2005 FEB 15   A 11: 15

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

U.S. DISTRICT COURT
DISTRICT OF MASS.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)
William L. Myers, Jr., Esq.          Mario Bozza, Esq
Myers, Lafferty Law Offices, PC      63 Commercial Wharf
1515 Market Street, Suite 1310       Boston, MA 02110
Philadelphia PA 19102                617-367-3100
215-988-1229

Attorneys (If Known)

## II. BASIS OF JURISDICTION     (Place an "X" in One Box Only)

☐ 1   U.S. Government
Plaintiff

☒ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                       and One Box for Defendant)

|                          | PTF | DEF |                                               | PTF | DEF |
|--------------------------|-----|-----|-----------------------------------------------|-----|-----|
| Citizen of This State    | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|--|--------------------|------------|----------------|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN     (Place an "X" in One Box Only)

☒ 1  Original Proceeding

☐ 2  Removed from State Court

☐ 3  Remanded from Appellate Court

☐ 4  Reinstated or Reopened

☐ 5  Transferred from another district (specify)

☐ 6  Multidistrict Litigation

☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
45 USCA § 23 et seq.  +  45 USCA § 51 et seq

Brief description of cause:
Federal Employers' Liability Act  +  Locomotive Boiler Inspection Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
N/A
(See instructions):
JUDGE _____                DOCKET NUMBER _____

DATE   2-11-05

SIGNATURE OF ATTORNEY OF RECORD   Mario Bozza

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____