AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

PETER CROOKER

**SUMMONS IN A CIVIL CASE**

V.

NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK

CASE NUMBER: 05 10301 RCL

TO: (Name and address of defendant)

National Railroad Passenger Corporation, a/k/a/ Amtrak
30th & Market Street
30th Street Station
Philadelphia, PA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William L. Myers, Jr., Esq.
Myers Lafferty Law Offices
1515 Market Street, Suite 1310
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS  FEB 15 2005

CLERK

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 3-2-05

NAME OF SERVER (PRINT): Michael J. Kelly

TITLE: Investigator

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Rose Cascarra at 30th St Station Phila. PA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-2-05
                 Date

Signature of Server: Michael J. Kelly

Address of Server: 1515 Market St Phila. PA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.