IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER CROOKER, | : |
| | : |
| Plaintiff, | : Civil Action No:05-10301RCL |
| | : |
| v. | : |
| | : |
| NATIONAL RAILROAD PASSENGER | : |
| PASSENGER CORPORATION, a/k/a | : |
| AMTRAK, | : |
| | : |
| Defendant. | : |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Federal Rules of Civil Procedure, the undersigned respectfully moves for the admission of William L. Myers, Esquire, of the Myers Lafferty Law Offices, 1515 Market Street, Suite 810, Philadelphia, Pennsylvania 19102 (215-988-1229), for the purposes of appearing as co-counsel on behalf of William L. Myers herein in the above referenced case only.

William L. Myers certifies herewith that he has studied the Federal Rules of Civil Procedure and the Massachusetts Local Rules and is a member in good standing with the Commonwealth of Pennsylvania.

In further support of this motion, it is hereby designated that Mario Bozza is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Mario Bozza, 63 Commercial Wharf, Boston, Massachusetts 02110 (617-367-3100), acts as local counsel in this matter on behalf of Peter Crooker.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated:

*[signature]*
Mario Bozza, Esq.
Law Offices of Mario Bozza
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100

Executed under the penalty of perjury this 22 day of April, 2005.

Respectfully Submitted,

By: *[signature]*
Mario Bozza, Esq.
Law Offices of Mario Bozza
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PETER CROOKER, | : | |
| | : | |
| Plaintiff, | : | Civil Action No:05-10301RCL |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| PASSENGER CORPORATION, a/k/a | : | |
| AMTRAK, | : | |
| | : | |
| Defendant. | : | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of William L. Myers, counsel for Peter Crooker for permission to appeal and participate *pro hac vice* in the above-caption matter. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion is hereby GRANTED.

IT IS SO ORDERED this _____ day of _____, 2005.

BY THE COURT:

_____
J.