# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PETER CROOKER,                                 :
                                               :
            Plaintiff,                :
                                               :        Civil Action No:05-10301RCL
                                               :
    v.                                       :
                                               :
NATIONAL RAILROAD PASSENGER                    :
PASSENGER CORPORATION, a/k/a                   :
AMTRAK,                                        :
                                               :
           Defendant.                :

## CERIFICATION OF WILLIAM L. MYERS
## IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, William L. Myers, hereby certify that I am a shareholder at Myers Lafferty Law Offices, P.C., pursuant to the Federal Rules of Civil Procedure and the Massachusetts Rules Local Rules, that I am an attorney in good standing and a member of the Bar of Pennsylvania. I do not engage in general practice of law in the State of Massachusetts nor do I intend to do so during the period of my special admission *pro hac vice* in this case. I certify that I will conduct myself according to all the applicable rules and laws in the State of Massachusetts governing the conduct of attorneys.

Dated:    4-22-05

_____
William L. Myers, Esq.
Myers Lafferty Law Offices, P.C.
1515 Market Street, Suite 810
Philadelphia, PA 19102
(215) 988-1229

Sworn to and subscribed

Before me this 22nd _____ day

Of April _____, 2005

_____
Notary Public

NOTARIAL SEAL
GLENN E. MYERS, Notary Public
City of Philadelphia, Phila County
My Commission Expires November 13, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PETER CROOKER,

                Plaintiff,

        v.

NATIONAL RAILROAD PASSENGER
PASSENGER CORPORATION, a/k/a
AMTRAK,

             Defendant.

Civil Action No:05-10301RCL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via First Class US Mail to :

John J. Bonistalli, Esquire
Thomas V. DiGangi, Esquire
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111

on this _____ 22nd _____ day of _____ April _____, 2005.

_____
Mario Bozza, Esq.
Law Offices of Mario Bozza
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100