UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER CROOKER )
131 Ten Rod Road )
North Kingstown, RI 02852 )
    Plaintiff, )
)
v. )
) DOCKET NO: 05-CV-10301 RCL
NATIONAL RAILROAD PASSENGER )
CORPORATION, a/k/a AMTRAK, )
30th & Market Street )
30th Street Station )
Philadelphia, PA )
    Defendant. )
)

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Defendant National Railroad Passenger Corporation, a/k/a Amtrak, hereby certifies that it has conferred:

    a.    with a view toward establishing a budget for the costs of conducting this litigation; and

    b.    to consider the resolution of the litigation through the use of alternative disputed resolution programs such as those outlined in Local Rule 16. 4.

 

National Railroad Passenger Corporation
By Its Attorneys

_____
Seth Starr
Representative
National Railroad Pass. Corp.

_____ Date 5-5-05
John J. Bonistalli (BBO#049120)
Thomas V. DiGangi (BBO # 648415)
Law Offices of John Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3755

## CERTIFICATE OF SERVICE

I, Thomas V. DiGangi, attorney for the defendant, AMTRAK, hereby certify that a true copy of the foregoing document was sent via first class mail, postage prepaid, this 6th day of May, 2005 to: William L. Myers, Jr., Esq. Myers Lafferty Law Offices, 1515 Market Street, Suite 1310, Philadelphia, PA 19102; Mario Rozza, Esq., 63 Commercial Wharf, Boston, MA 02110.