UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER CROOKER,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION, a/k/a AMTRAK,

    Defendant.

CIVIL ACTION NO.:05-10301RCL

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Now comes the plaintiff Peter Crooker, and the defendant, National Railroad Passenger Corporation and hereby respectfully request that parties be allowed to amend the Court Scheduling Order of May 11, 2005 as per the proposed scheduling order attached hereto. As grounds for and in support of this Motion, the parties states that despite the diligent efforts of all parties, they have been unable to complete the written discovery and depositions phase of the above captioned matter because of the vacations and business schedules of counsel.

Dated: 10-18-05

Respectfully submitted,

By: _____
Thomas DiGangi, Esq.
BBO#: 648415
Law Office of John Bonistalli
One Financial Center
Boston, MA. 02111
617-695-3755

By: _____
William L. Myers, Esq.
MyersLafferty Law Offices
1515 Market Street, Suite 810
Philadelphia, PA 19102
215-988-1229
Of Counsel – Mario Bozza

**ATTORNEYS FOR DEFENDANTS**    **ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER CROOKER,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION, a/k/a AMTRAK,

    Defendant.

CIVIL ACTION NO.:05-10301RCL

## PROPOSED AMENDED JOINT SCHEDULING STATEMENT

The parties, in the above captioned action, submit the following Proposed Amended Joint Scheduling Statement pursuant to the provisions of Fed. R. Civ. P. 16(b) and Local Rule 16.1 (G).

1. All written discovery shall be completed by January 30, 2006.

2. Non- Expert deposition shall be completed by January 30, 2006.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by Fed.R.Civ.P. 26(a)(2) by February 28, 2006.

4. Defendants shall designate and disclose information regarding its trial experts as required by Fed.R.Civ.P. 26(a)(2) by March 30, 2006.

5. All parties anticipate a final pre-trial conference would be scheduled by the Court for a date in April, 2006.

Dated: 10-18-05

Respectfully submitted,

By: _____  
Thomas DiGangi, Esq.  
BBO#: 648415  
Law Office of John Bonistalli  
One Financial Center  
Boston, MA. 02111  
617-695-3755

By: _____  
William L. Myers, Esq.  
MyersLafferty Law Offices  
1515 Market Street, Suite 810  
Philadelphia, PA 19102  
215-988-1229  
Of Counsel – Mario Bozza

**ATTORNEYS FOR DEFENDANTS**     **ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER CROOKER, | : |
| | : CIVIL ACTION NO.:05-10301RCL |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORPORATION, a/k/a AMTRAK, | : |
| | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Joint Motion to Amend Scheduling Order and Proposed Amended Scheduling Order were served by first class prepaid postage to all counsel of record.

on this _18_ day of _October_, 2005.

_____
William L. Myers, Esq.