UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER CROOKER, :
: CIVIL ACTION NO.:05-10301RCL
      Plaintiff, :
:
v. :
:
NATIONAL RAILROAD PASSENGER :
CORPORATION, a/k/a AMTRAK, :
:
      Defendant. :

## ASSENTED MOTION TO CONTINUE PRE-TRIAL CONFERENCE

NOW COMES the plaintiff, Peter Crooker, in the above captioned matter, and hereby respectfully requests this Honorable Court to continue the Pre-Trial Conference date presently scheduled for September 28, 2006, to the next available date in October, 2006. As grounds for and in support of this Motion the plaintiff states as follows:

1. Plaintiff's Trial Counsel, William L. Myers, has been called to trial in the matter of <u>Brian Aretz v. New Jersey Transit Rail, Inc.</u>, in the Hudson County Superior Court in Jersey City New Jersey, before the Honorable Maurice J. Galipoli with jury selection starting on September 25, 2006.
2. It is expected that this Trial will last two weeks.
3. This is the first continuance requested by the plaintiff in this matter.
4. There is no prejudice to the defendant by this request for continuance of the pre-trial conference.
5. Counsel for the Defendant ASSENTS to this Motion

WHEREFORE, the plaintiff respectfully requests that this Honorable Court continue to the Pre-Trial Conference in this matter until the next available date in October, 2006.

                                    Respectfully Submitted,

                                    *William L. Myers, Jr.*
                                    William L. Myers, Esq.
                                    Law Offices of Steven M. Lafferty
                                    1515 Market Street, Suite 1310
                                    Philadelphia, PA 19102

Assented to:

*John J. Bonistalli*
John J. Bonistalli, Esq. (BBO# 049120)
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111