# MyersLafferty
LAW OFFICES, P.C.

WILLIAM L. MYERS, JR. •+‡

STEVEN M. LAFFERTY +*

D. SEAN McMAHON ‡
  OF COUNSEL

1515 MARKET STREET
SUITE 810
PHILADELPHIA, PA 19102
215.988.1229
215.988.0433 (fax)

TOLL FREE 888.290.6888

TWO CENTER PLAZA
SUITE 510
BOSTON, MA 02108
617.532.0571
617.532.0570 (fax)

www.MyersLafferty.com

• BOARD CERTIFIED CIVIL TRIAL ADVOCATE, NBTA   +ADMITTED PA, NY   *ADMITTED NJ   ‡ADMITTED MA

January 9, 2007

Honorable Reginald C. Lindsay
US District Court – Massachusetts
John J. Moakley US Courthouse
1 Courthouse Way, Room 5110
Boston, MA 02210

    Re:    *Peter Crooker v. National Railroad Passenger Corporation.*
            *Docket # 05 CV 10301 RCL*

Dear Judge Lindsay:

This letter is to inform the Court that the above referenced matter has settled. Kindly cancel the Pre-Trial conference which is presently set for January 10, 2007 at 2:30 p.m..

Thank you.

Sincerely,

William L. Myers

cc:    Thomas V. DiGangi, Esquire