UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER CROOKER<br>131 Ten Rod Road<br>North Kingstown, RI 02852<br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION, a/k/a AMTRAK,<br>30th & Market Street<br>30th Street Station<br>Philadelphia, PA<br>    Defendant. | DOCKET NO: 05-CV-10301 RCL |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) (ii)

Now come the parties in the above-captioned matter, plaintiff Peter Crooker and defendant National Passenger Railroad Corporation ("Amtrak") and, pursuant to Fed. R. Civ. P. 41(a)(ii), stipulate to a dismissal of this action with prejudice and without costs and without attorney's fees. All rights of appeal are waived.

Peter Crooker
Plaintiff

By His Attorneys

_____
Mario Bozza, Esquire
63 Commercial Wharf
Boston, MA 02110
617-367-3100

_____
William L. Myers, Esq. (*Pro Hac Vice*)
Myers Lafferty Law Offices, P.C.
1515 Market Street, Suite 1310
Philadelphia, PA 19102
(215) 988-1229

Respectfully submitted,
National Passenger Railroad Corporation
Defendant

By Its Attorney

_____ Date 1-10-07
Thomas V. DiGangi, Esq., (BBO#648415)
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3755